IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAMILLE FASSETT<br><br>  Plaintiff,<br><br>  v.<br><br>FEDERAL BUREAU OF INVESTIGATION<br><br>  Defendant. | Civil Action No. 19-cv-01495-JEB |

# Exhibit A

----START MESSAGE---- Subject: eFOIA Request Received Sent: 2018-04-13T07:04:39.623952+00:00 Status: pending Message:

## Individual Information

| | |
|---|---|
| Prefix | |
| First Name | Camille |
| Middle Name | |
| Last Name | Fassett |
| Suffix | |
| Email | 52380-00459940@requests.muckrock.com |
| Phone | |
| Location | United States |

## Domestic Address

| | |
|---|---|
| Address Line 1 | MuckRock News, 411A Highland Ave |
| Address Line 2 | DEPT MR 52380 |
| City | Somerville |
| State | Massachusetts |
| Postal | 02144 |

## Agreement to Pay

| | |
|---|---|
| How you will pay | I am limiting my request to the free two hours of searching and 100 duplicated pages. I am not willing to pay additional fees. |

## Non-Individual FOIA Request

**Request Information**

To Whom It May Concern:

Pursuant to the Freedom of Information Act, I hereby request the following records:

All agency files on hacker Adrian Lamo.
His father confirmed his death on Facebook on March 16:
https://www.facebook.com/groups/majordomo/permalink/10156204603994522/
https://www.zdnet.com/article/adrian-lamo-hacker-dies/

https://www.theverge.com/2018/3/16/17130738/hacker-adrian-lamo-nyt-manning-wikileaks-d

The requested documents will be made available to the general public, and this request is not being made for commercial purposes.

In the event that there are fees, I would be grateful if you would inform me of the total charges in advance of fulfilling my request. I would prefer the request filled electronically, by e-mail attachment if available or CD-ROM if not.

Thank you in advance for your anticipated cooperation in this matter. I look foxward to receiving your response to this request within 20 business days, as the statute requires.

Sincerely,

Camille Fassett

----END MESSAGE----

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAMILLE FASSETT<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION<br><br>Defendant. | Civil Action No. 19-cv-01495-JEB |

# **Exhibit B**



U.S. Department of Justice

Federal Bureau of Investigation
*Washington, D.C. 20535*

April 18, 2018

MS. CAMILLE FASSETT
DEPT MR 52380
SOMERVILLE, MA 02144

FOIPA Request No.: 1402995-000
Subject: LAMO, ADRIAN

Dear Ms. Fassett:

This acknowledges receipt of your Freedom of Information Act (FOIA) request to the FBI. Below you will find check boxes and informational paragraphs about your request, as well as specific determinations required by these statutes. Please read each one carefully.

- [✔] Your request has been received at FBI Headquarters for processing.

- [ ] Your request has been received at the _____ Resident Agency / _____ Field Office and forwarded to FBI Headquarters for processing.

- [✔] You submitted your request via the FBI's eFOIPA system.

    - [✔] We have reviewed your request. Consistent with the FBI eFOIPA terms of service, future correspondence about your FOIA request will be provided in an email link.

    - [ ] We have reviewed your request. Consistent with the FBI eFOIPA terms of service, future correspondence about your FOIPA request will be sent through standard mail.

- [ ] The subject of your request is currently being processed and documents will be released to you upon completion.

- [ ] Release of responsive records will be posted to the FBI's electronic FOIA Library (The Vault), http:/vault.fbi.gov, and you will be contacted when the release is posted.

- [ ] Your request for a public interest fee waiver is under consideration, and you will be advised of the decision at a later date. If your fee waiver is not granted, you will be responsible for applicable fees per your designated requester fee category below.

- [✔] For the purpose of assessing any fees, we have determined:

    - [ ] As a commercial use requester, you will be charged applicable search, review, and duplication fees in accordance with 5 USC § 552 (a)(4)(A)(ii)(I).

    - [ ] As an educational institution, noncommercial scientific institution or representative of the news media requester, you will be charged applicable duplication fees in accordance with 5 USC § 552 (a)(4)(A)(ii)(II).

    - [✔] As a general (all others) requester, you will be charged applicable search and duplication fees in accordance with 5 USC § 552 (a)(4)(A)(ii)(III).

Please check the status of your FOIPA request at www.fbi.gov/foia by clicking on **FOIPA Status** and entering your FOIPA Request Number. Status updates are adjusted weekly. The status of newly assigned requests may not be available until the next weekly update. If the FOIPA has been closed the notice will indicate that appropriate correspondence has been mailed to the address on file.

For questions regarding our determinations, visit the www.fbi.gov/foia website under "Contact Us." The FOIPA Request number listed above has been assigned to your request. Please use this number in all correspondence concerning your request.

You may file an appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, D.C. 20530-0001, or you may submit an appeal through OIP's FOIA online portal by creating an account on the following web site: https://foiaonline.regulations.gov/foia/action/public/home. Your appeal must be postmarked or electronically transmitted within ninety (90) days from the date of this letter in order to be considered timely. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." Please cite the FOIPA Request Number assigned to your request so it may be easily identified.

You may seek dispute resolution services by contacting the Office of Government Information Services (OGIS) at 877-684-6448, or by emailing ogis@nara.gov. Alternatively, you may contact the FBI's FOIA Public Liaison by emailing foipaquestions@fbi.gov. If you submit your dispute resolution correspondence by email, the subject heading should clearly state "Dispute Resolution Services." Please also cite the FOIPA Request Number assigned to your request so it may be easily identified.

Sincerely,

David M. Hardy
Section Chief,
Record/Information
  Dissemination Section
Records Management Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CAMILLE FASSETT

    Plaintiff,

        v.

FEDERAL BUREAU OF INVESTIGATION

    Defendant.

Civil Action No. 19-cv-01495-JEB

# Exhibit C

| | | |
|---|---|---|
| **From:** | FOIPAQUESTIONS | FRCP 5.2 |
| **To:** | | |
| **Subject:** | FW: Freedom of Information Act Request: FOIA Request | |
| **Date:** | Wednesday, June 26, 2019 12:23:44 PM | |

April 15, 2019 email

**Public Information Officer**
Record/Information Dissemination Section (RIDS) FBI-Information Management Division
170 Marcel Drive, Winchester, VA 22602-4843
Direct: (540) 868-4593
Fax: (540) 868-4391
Questions E-mail: foipaquestions@fbi.gov

Do you have further questions about the FOI/PA process? Visit us at http://www.fbi.gov/foia

Please check the status of your request online at https://vault.fbi.gov/fdps-1/@@search-fdps    Status updates are performed on a weekly basis.

**Note:  This is a non-emergency email address.  If this is an emergency, please call 911 directly.  If you need to report a tip for immediate action, please contact FBI Tips at http://tips.fbi.gov/ or reach out to your local field office.**

---

**From:** FOIPAQUESTIONS
**Sent:** Monday, April 15, 2019 1:59 PM
**To:** '52380-00459940@requests.muckrock.com' <52380-00459940@requests.muckrock.com>
**Subject:** RE: Freedom of Information Act Request: FOIA Request

Thank you for contacting foipaquestions@fbi.gov.  Please check the status of your FOIPA Request at http://vault.fbi.gov by clicking on "Check Status of Your FOI/PA Request" on the right side of the page, and follow the instructions below.

Check the Status of Your FOIPA Request
If your FOIPA Number is [1234567-0] please enter [1234567-000] into the system. If your FOIPA Number is [1234567-1] please enter [1234567-001] into the system. If you have any questions about the status of your FOIPA request, please e-mail foipaquestions@ic.fbi.gov.

FIND STATUS OF FOIPA- Request statuses are updated weekly

Please enter the whole FOIPA number-Example: [1234567-000]

FOIPA:
Results will show the Request Number, Case Type and Process Description shown below:
FOIPA:
1234567-000

Case Type:
FOIPA

Process Description (Will display the current progress of the request)
The FBI's FOIPA Program is searching the FBI's indices for potentially responsive documents.
You may be contacted via formal letter for all fees and/or negotiation issues that may apply.

NOTE: Recent requests are entered into the FOIPA database in the order that they are received. Before you can check the status, you must have received correspondence assigning a FOIPA request number and the information transferred to the online database. Status information is updated weekly. If a request has been closed within the last six months the online database will display the following: The FOIPA number entered has been closed, and appropriate correspondence has been sent to the address on file.

Estimated Dates of Completion
Requests are processed in the order in which they are received through our multi-track processing system.  Requests are divided into two primary tracks--simple (under 50 pages of potentially responsive documents) and complex (over 50 pages of potentially responsive documents).  Complex requests are further divided into medium, large, and extra-large sub-tracks based upon request size.  Simple track requests typically require the least amount of time to process.  Currently, simple track cases average approximately 138 days from the date of receipt for processing.  Our complex requests in the medium processing track are currently averaging 571 days, large processing track are currently averaging approximately 1,289 days, and extra-large processing track are currently averaging 1,649 days for processing.

Respectfully,

**Public Information Officer**
Record/Information Dissemination Section (RIDS) FBI-Information Management Division
170 Marcel Drive, Winchester, VA 22602-4843
Direct: (540) 868-4593
Fax: (540) 868-4391
Questions E-mail: foipaquestions@fbi.gov

Do you have further questions about the FOI/PA process? Visit us at http://www.fbi.gov/foia

Please check the status of your request online at https://vault.fbi.gov/fdps-1/@@search-fdps    Status updates are performed on a weekly basis.

**Note:  This is a non-emergency email address.  If this is an emergency, please call 911 directly.  If you need to report a tip for immediate action, please contact FBI Tips at http://tips.fbi.gov/ or reach out to your local field office.**

**From:** 52380-00459940@requests.muckrock.com [mailto:52380-00459940@requests.muckrock.com]
**Sent:** Monday, April 15, 2019 5:02 AM
**To:** FOIPAQUESTIONS <FOIPAQUESTIONS@FBI.GOV>
**Subject:** RE: Freedom of Information Act Request: FOIA Request


Federal Bureau of Investigation
FOIA Office
170 Marcel Drive
Winchester, VA 22602-4843

April 15, 2019

This is a follow up to a previous request:

To Whom It May Concern:

I wanted to follow up on the following Freedom of Information Act request, copied below, and originally submitted on April 12, 2018. Please let me know when I can expect to receive a response.

Thanks for your help, and let me know if further clarification is needed.

Filed via MuckRock.com
E-mail (Preferred): 52380-00459940@requests.muckrock.com
Upload documents directly: https://www.muckrock.comhttps://accounts.muckrock.com/accounts/login/?url_auth_token=AAAj2FudzmRZwdAiERgry6toE2k%3A1hFxTG%3ANV-afSQaiGmqSZ65DRZcyOei3vY&next=https%3A%2F%2Fwww.muckrock.com%2Faccounts%2Flogin%2F%3Femail%3Dfoipaquestions%2540ic.fbi.gov%26next%3D%252Faccounts%252Fagency_login%252Ffederal-bureau-of-investigation-10%252Ffoia-request-52380%252F#agency-reply
Is this email coming to the wrong contact? Something else wrong? Use the above link to let us know.

For mailed responses, please address (see note):
MuckRock News
DEPT MR 52380
411A Highland Ave
Somerville, MA 02144-2516

PLEASE NOTE: This request is not filed by a MuckRock staff member, but is being sent through MuckRock by the above in order to better track, share, and manage public records requests. Also note that improperly addressed (i.e., with the requester's name rather than "MuckRock News" and the department number) requests might be returned as undeliverable.

---

On April 19, 2018:
There are eFOIA files available for you to download.
---

On April 12, 2018:
To Whom It May Concern:

Pursuant to the Freedom of Information Act, I hereby request the following records:

All agency files on hacker Adrian Lamo.
His father confirmed his death on Facebook on March 16: https://www.facebook.com/groups/majordomo/permalink/10156204603994522/
https://www.zdnet.com/article/adrian-lamo-hacker-dies/
https://www.theverge.com/2018/3/16/17130738/hacker-adrian-lamo-nyt-manning-wikileaks-dead

The requested documents will be made available to the general public, and this request is not being made for commercial purposes.

In the event that there are fees, I would be grateful if you would inform me of the total charges in advance of fulfilling my request. I would prefer the request filled electronically, by e-mail attachment if available or CD-ROM if not.

Thank you in advance for your anticipated cooperation in this matter. I look forward to receiving your response to this request within 20 business days, as the statute requires.

Sincerely,

Camille Fassett

Filed via MuckRock.com
E-mail (Preferred): 52380-00459940@requests.muckrock.com
Upload documents directly: https://www.muckrock.comhttps://accounts.muckrock.com/accounts/login/?url_auth_token=AAAj2FudzmRZwdAiERgry6toE2k%3A1hFxTG%3ANV-afSQaiGmqSZ65DRZcyOei3vY&next=https%3A%2F%2Fwww.muckrock.com%2Faccounts%2Flogin%2F%3Femail%3Dfoipaquestions%2540ic.fbi.gov%26next%3D%252Faccounts%252Fagency_login%252Ffederal-bureau-of-investigation-10%252Ffoia-request-52380%252F#agency-reply
Is this email coming to the wrong contact? Something else wrong? Use the above link to let us know.

For mailed responses, please address (see note):
MuckRock News
DEPT MR 52380
411A Highland Ave
Somerville, MA 02144-2516

PLEASE NOTE: This request is not filed by a MuckRock staff member, but is being sent through MuckRock by the above in order to better track, share, and manage public records requests. Also note that improperly addressed (i.e., with the requester's name rather than "MuckRock News" and the department number) requests might be returned as undeliverable.